**Order entered September 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00028-CV

### THE STATE OF TEXAS, Appellant

### V.

### MESQUITE CREEK DEVELOPMENT, INC., ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-05842-B**

## ORDER

Before the Court is the September 16, 2019 request of Robin Washington, Official Court Reporter for County Court at Law No. 2, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **September 20, 2019**. Because the reporter's record was first due April 8, 2019, we caution Ms. Washington that further extensions will be strongly disfavored.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Washington and all parties.

/s/     ERIN A. NOWELL
         JUSTICE